UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL DEVLIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC.,<br><br>Defendant. | Case No. 24-cv-02332-BLF<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AND VACATING ALL PENDING DATES**<br><br>[Re: ECF 30] |

On October 31, 2024, Plaintiffs through their counsel voluntarily dismissed the above-captioned case with prejudice as to the named plaintiffs and without prejudice as to any putative class member. ECF 30. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this matter WITH PREJUDICE as to the named plaintiffs and WITHOUT PREJUDICE as to any putative class member. The Clerk of Court is directed to VACATE all hearing dates, TERMINATE all pending motions and CLOSE the file.

**IT IS SO ORDERED.**

Dated: October 31, 2024

_____
BETH LABSON FREEMAN
United States District Judge